# IN THE DISTRICT COURT OF THE UNITED STATES
## For the Western District of New York

_____

|  |  |
|---|---|
|  | **April 2021 GRAND JURY** |
|  | **(Impaneled April 14, 2021)** |
| **THE UNITED STATES OF AMERICA** | **INDICTMENT** |
| *-vs-* | Violation: |
|  | 18 U.S.C. § 922(g)(1) and 2 |
| **STEPHEN REED PATTISON** | (1 Count and Forfeiture Allegation) |

## COUNT 1

**(Felon in Possession of Firearms and Ammunition)**

**The Grand Jury Charges That**:

Between on or about October 24, 2020, and on or about November 12, 2020, in the Western District of New York, the defendant, **STEPHEN REED PATTISON**, knowing that he had previously been convicted on or about December 16, 2016, in the Thirteenth Judicial Circuit Court, Boone County, Missouri, of a crime punishable by imprisonment for a term exceeding one year, unlawfully did knowingly possess, in and affecting commerce, firearms, namely, one (1) Smith and Wesson ITC, Model Compass, 30-06 rifle, bearing serial number U231831, and one (1) Winchester Ranger, Model 120, 12 gauge shotgun, bearing serial number L1929872; and ammunition, namely, 25 rounds of 12 gauge shotgun ammunition (Winchester).

All in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

# FORFEITURE ALLEGATION

## The Grand Jury Alleges That:

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, **STEPHEN REED PATTISON**, shall forfeit to the United States all of his right, title and interest in any firearms and ammunition involved or used in the commission of the offense, or found in the possession or under the immediate control of the defendant at the time of arrest including, but not limited to:

   a. one (1) Smith and Wesson ITC, Model Compass, 30-06 rifle, bearing serial number U231831;

   b. one (1) Winchester Ranger, Model 120, 12 gauge shotgun, bearing serial number L1929872; and

   c. ammunition, namely, 25 rounds of 12 gauge shotgun ammunition (Winchester).

**All pursuant to the provisions of Title 18, United States Code, Sections 924(d) and 3665, and Title 28, United States Code, Section 2461(c).**

DATED:   Rochester, New York, June 10, 2021.

                                        JAMES P. KENNEDY, JR.
                                        United States Attorney

                        By:     s/BRETT A. HARVEY
                                Assistant U.S. Attorney
                                United States Attorney's Office
                                Western District of New York
                                100 State Street, Room 500
                                Rochester, New York 14614
                                (585) 399-3949
                                brett.harvey@usdoj.gov

TRUE BILL:

s/FOREPERSON